In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No.
06-10-00213-CR

                                                ______________________________

 

 

 

                                                                        IN
RE:

BRIAN
KEITH MELTON

 

 

                                                                                                  


 

                                                                                                                            


                                                     Original
Mandamus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before
Morriss, C.J., Carter and Moseley, JJ.

                                            Memorandum
Opinion by Justice Moseley

                                                                              

                                                                              








                                                      MEMORANDUM
OPINION

 

            Brian Keith Melton has petitioned
this Court for mandamus relief, in regard to motions he filed in the trial
court seeking judgments nunc pro tunc in trial court cause numbers 20,570 and
20,572.  

            Melton has addressed both trial
court causes in a single petition, and the issues and facts in the two cases
are the same.  For the reasons stated in
our opinion of this date in In re Brian
Keith Melton, cause number
06-10-00212-CR, we deny the requested relief. 


 

 

 

                                                                                    Bailey
C. Moseley

                                                                                    Justice

 

Date
Submitted:          December 1, 2010

Date
Decided:             December 2, 2010

 

Do Not
Publish           

 

 

 

.